*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:   September 22, 2016                 522598
_____

In the Matter of ROBERT
    HAIGLER,
                          Petitioner,

        v                                          MEMORANDUM AND JUDGMENT

PAUL CHAPPIUS, as
    Superintendent of Elmira
    Correctional Facility,
                          Respondent.
_____

Calendar Date:   August 8, 2016

Before:   McCarthy, J.P., Garry, Egan Jr., Devine and Aarons, JJ.

_____

        Robert Haigler, Napanoch, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondent.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Chemung County) to review a determination of respondent finding petitioner guilty of violating a prison disciplinary rule.

        Petitioner commenced this CPLR article 78 proceeding to challenge a tier II determination finding him guilty of violating a prison disciplinary rule.  The Attorney General has advised this Court that the determination has since been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account.  In view of this, and given that petitioner has been granted all the relief to which he is entitled, the petition must be dismissed as moot

(see Matter of Ballard v Racette, 140 AD3d 1428, 1428 [2016]).

McCarthy, J.P., Garry, Egan Jr., Devine and Aarons, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court